IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
)
UNITED STATES OF AMERICA,            )
EX REL. STEPHEN M. SHEA              )
)  Case No. 12-7133
-and-                                )
)
STEPHEN M. SHEA,                     )
)
　　　　Plaintiffs-Appellants,       )
　　v.                               )
)
VERIZON BUSINESS NETWORK             )
SERVICES INC.; VERIZON FEDERAL       )
INC.; MCI COMMUNICATIONS             )
SERVICES, INC. d/b/a VERIZON         )
BUSINESS SERVICES; and               )
CELLCO PARTNERSHIP                   )
d/b/a VERIZON WIRELESS,              )
)
　　　　Defendants-Appellees.        )
)
_____  )

**DEFENDANTS-APPELLEES' CERTIFICATE
AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's February 14, 2013 order, Defendants-Appellees hereby submit this Certificate As To Parties, Rulings, And Related Cases setting forth the information required by D.C. Circuit Rule 28(a)(1):

**(A)    Parties and Amici**

Plaintiff-Appellant Stephen M. Shea appeared in district court and is a party in this Court.

Defendants-Appellees Verizon Business Network Services Inc., Verizon Federal Inc., MCI Communications Services, Inc. d/b/a Verizon Business Services, and Cellco Partnership d/b/a Verizon Wireless appeared in district court and are parties in this Court.

The United States of America did not intervene in district court, *see* Notice Of The United States That It Is Not Intervening At This Time (Nov. 30, 2011) (Dkt. No. 26), but did file a Statement of Interest "request[ing] that if the Court dismisses this action, that such dismissal be without prejudice to the United States," *see* United States' Statement Of Interest 4 (Oct. 25, 2012) (Dkt. No. 56).

No amici appeared in district court, and no amici have thus far sought to participate in this Court.

**(B)    Rulings Under Review**

Plaintiff-Appellant Shea's January 11, 2013 Amended Notice of Appeal indicates that Shea is appealing (1) the November 15, 2012 order of the district court (Kessler, J.) granting Defendants' Motion To Dismiss The Second Amended Complaint (Dkt. No. 57), (2) the district court's December

27, 2012 order denying Relator's Motion For Clarification, Or, In The Alternative, To Alter Or Amend This Court's Order Of November 15, 2012 (Dkt. No. 67), and (3) the district court's December 27, 2012 final judgment dismissing Relator's Second Amended Complaint with prejudice (Dkt. No. 68). The Memorandum Opinion accompanying the district court's November 15, 2012 order is reported at 2012 WL 5554792.

**(C)   Related Cases**

This case has not previously been before this Court or any other court (other than the district court below).

A related case brought by Plaintiff-Appellant Shea under the False Claims Act against Verizon Communications Inc. asserting the same theory of recovery at issue here was previously before the district court. *See U.S. ex rel. Shea et al. v. Verizon Communications Inc.*, No. 1:07-cv-0111 (D.D.C. filed Jan. 17, 2007). The United States intervened in the related case, and the parties reached a settlement agreement in 2011 that did not include any admission of liability. The United States filed an appeal to this Court of the district court's final judgment allocating settlement proceeds in the related case but ultimately voluntarily dismissed its appeal. *See Order, United States ex. Rel. Shea et al. v. Verizon Communications Inc.*, No. 12-5215 (July 13, 2012).

Dated: March 18, 2013                    Respectfully submitted,

/s/ Brian M. Boynton
_____
Randolph D. Moss
Jennifer M. O'Connor
Brian M. Boynton
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

*Counsel for Defendants-Appellees*

# CERTIFICATE OF SERVICE

I certify that on March 18, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that I caused the foregoing to be served by First-Class United States Mail on:

> Doris Denise Coles-Huff
> U.S. ATTORNEY'S OFFICE FOR D.C.
> 555 4th St., NW
> Washington, DC 20530
>
> *Attorney for the United States*

and by email on:

> Arnold Mark Auerhan
> U.S. DEPARTMENT OF JUSTICE
> Civil Division
> Ben Franklin Station
> P.O. Box 261
> Washington, DC 20044
> Arnold.Auerhan@usdoj.gov
>
> *Attorney for the United States*

/s/ Brian M. Boynton
_____
Brian M. Boynton