# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA, ex rel. Stephen M. Shea

**v.** Cellco Partnership et al.

**Case No:** 12-7133

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Cellco Partnership

Verizon Business Network Services, Inc.

Verizon Federal Inc.

MCI Communications Services, Inc.

Names of Parties

Names of Parties

### Counsel Information

**Lead Counsel:** Seth P. Waxman

**Direct Phone:** (202) 663-6800   **Fax:** (202) 663-6363   **Email:** seth.waxman@wilmerhale.com

**2nd Counsel:**

**Direct Phone:** ( )   -   **Fax:** ( )   -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( )   -   **Fax:** ( )   -   **Email:**

**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP

**Firm Address:** 1875 Pennsylvania Ave., N.W., Washington, DC 20006

**Firm Phone:** (202) 663-6000   **Fax:** (202) 663-6363   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)